Case 2:24-cr-00141-SAB    ECF No. 17    filed 10/22/24    PageID.61    Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 22, 2024
SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** William Philip Werschler     **CASE NO.** 2:24-cr-00141-SAB-1

TOTAL # OF COUNTS: 23    ✓ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | Not more than twenty (20) years imprisonment; a fine of no more than $250,000 or a fine of twice the gross gain or gross loss, whichever is greater; three (3) years supervised release; a $100 special penalty assessment |
| 2-18 | 18 U.S.C. § 1343 | Wire Fraud | Not more than twenty (20) years imprisonment; a fine of no more than $250,000 or a fine of twice the gross gain or gross loss, whichever is greater; three (3) years supervised release; a $100 special penalty assessment |
| 19-23 | 18 U.S.C. §§ 287, 2 | False, Fictitious, or Fraudulent Claims | Not more than five (5) years imprisonment; a fine of no more than $250,000 or a fine of twice the gross gain or gross loss, whichever is greater; three (3) years supervised release; a $100 special penalty assessment |
|  | 18 U.S.C. § 981, 28 U.S.C. § 2461 | Forfeiture Allegations |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |