AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 22, 2024**

SEAN F. McAVOY, CLERK

United States of America
v.

WILLIAM PHILIP WERSCHLER, A/K/A WILLIAM PHILIP WERSCHLER, JR.

Case No. 2:24-CR-141-TOR-1

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* WILLIAM PHILIP WERSCHLER, A/K/A WILLIAM PHILIP WERSCHLER, JR., who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 Conspiracy
18 U.S.C. § 1343 Wire Fraud
18 U.S.C. §§ 287, 2 False, Fictitious, or Fraudulent Claims

Date: Oct 18, 2024, 11:34 am

*Issuing officer's signature*

City and state:  Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/18/2024, and the person was arrested on *(date)* 10/22/2024
at *(city and state)* Spokane, WA.

Arrested within the E/WA
BY:   USMS - Self Surrender
(Agency)

Date: 10/22/2024

Executed On: 10/22/2024
Sign: *Reagan K. Schraner*
*Arresting officer's signature*

*Printed name and title*