OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
STEPHEN RICHER
20240557477  10/18/2024  03:39
ELECTRONIC RECORDING

1729289072549-4-1-1--1
Hoyp

RETURN NAME and ADDRESS:
United States Attorney's Office
P.O. Box 1494
Spokane, WA  99210-1494

Please Type or Print Neatly and Clearly All Information

**Document Title(s)**

Lis Pendens

**Reference Number(s) of Related Documents**

**Grantor(s)** (Last Name, First Name, Middle Initial)

Werschler, Jr., William Phillip

Werschler, Pamela Jo Schell

**Grantee(s)** (Last Name, First Name, Middle Initial)

United States of America

**Legal Description** (Abbreviated form is acceptable, i.e. Section/Township/Range/Qtr Section or Lot/Block/Subdivision)

SCOTTSDALE IN TOWNE VILLAS AMD PER MCR 195-6 UNIT 26 TOG W AN UNDIV 1-73 INT IN THE COMMON AREAS, 14 2N 4E

**Assessor's Tax Parcel ID Number**  173-78-341

The County Auditor will rely on the information provided on this form.  The Staff will not read the document to verify the accuracy and completeness of the indexing information provided herein.

**Sign below only if your document is Non-Standard.**

I am requesting an emergency non-standard recording for an additional fee as provided in RCW 36.18.010. I understand that the recording processing requirements may cover up or otherwise obscure some parts of the text of the original document.  Fee for non-standard processing is $50.

_____
Signature of Requesting Party

Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Dan Fruchter
Jeremy J. Kelley
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No.: 2:24-CR-141-TOR |
|---|---|
| Plaintiff, | LIS PENDENS |
| vs. | |
| WILLIAM PHILIP WERSCHLER, SPOKANE DERMATOLOGY CLINIC, P.S., PREMIER CLINICAL RESEARCH, L.L.C., and 3RD & SHERMAN PLAZA, L.L.C., | |
| Defendants. | |
| Record owner(s): Werschler, Jr., William Phillip and Werschler, Pamela Jo Schell, husband and wife. | |

NOTICE is hereby given of the pendency of a criminal forfeiture action brought by the plaintiff against real property by an Indictment containing a

LIS PENDENS 1

forfeiture allegation filed with the Clerk of the United States District Court in and for the Eastern District of Washington, which action was brought for the forfeiture of the real property pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

The real property being forfeited is described as follows:

Real property known as 7611 East Medlock Drive, Scottsdale, Arizona, legally described as follows:

Unit 26, of Scottsdale in Towne Villas according to the Declaration of Horizontal Property Regime recorded August 11, 1977 in Docket 12368, Page 631; and amended in Docket 12614, Page 27; and Notice of Policy on Insurance recorded as 2012-0218388; and second amendment recorded as 2020-0793360, of official records and per map recorded August 11, 1977 as Book 192 of Maps, Page 6; and amended December 21, 1977 as Book 195 of Maps, Page 6, the Office of the County Recorder of Maricopa County, Arizona.

Together with a proportionate interest in and to the common areas, as set forth in said Declaration of Horizontal Property Regime and as shown on said Plat.

Together with all appurtenances, fixtures, attachments and improvements thereto and thereupon.

Subject to existing taxes, assessments, covenants, conditions, restrictions, rights of way, easements and all other matters of record.

A.P.N.: 173-78-341

LIS PENDENS 2

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Eastern District of Washington, filed under this cause number.

DATED this 18th day of October 2024.

                Vanessa R. Waldref
                United States Attorney

                *signature*

                Jeremy J. Kelley
                Assistant United States Attorney

LIS PENDENS 3